## JUNE 2021 CASH DISBURSEMENTS (NET OF TRANSFERS)

| Date | Num | Name | Memo | Amount |
|---|---|---|---|---:|
| 04/07/2021 | 145759 | TRISTAN GREENLEAF - Z | Z7389  660 St. Andrews Way, Palmdale, CA 93551 | $ (9,964.08) |
| 04/07/2021 | 145760 | TRISTAN GREENLEAF - Z | Z7540*  44444 16th Street West, Suite 201, Lancaster, CA 93534 | $ (6,025.28) |
| 04/21/2021 | 145777 | TRISTAN GREENLEAF - Z | Z7381  145 E Avenue K8, Suite 110, Lancaster, CA 93535 | $ (3,164.68) |
| 04/28/2021 | 145788 | VIVIAN WANG - IE USE THIS | IE4473  5780 Soestem Court, Chino, CA 91710 | $ (5,158.01) |
| 04/28/2021 | 145843 | VIVIAN WANG - IE USE THIS | IE4473  5780 Soestem Court, Chino, CA 91710 | $ (859.67) |
| 05/18/2021 | 145824 | Epsteen & Associates - Marina Del Rey | Z7496  NEC Sepulveda Boulevard and Vose Street, Van Nuys, CA 91406 | $ (36,008.80) |
| 05/18/2021 | 145826 | Epsteen & Associates - Marina Del Rey | Z6924  17864 Ventura Boulevard, Encino, CA 91316 | $ (11,499.00) |
| 05/18/2021 | 145823 | Brookhill Corp - Outside | Z7496  NEC Sepulveda Boulevard and Vose Street, Van Nuys, CA 91406 | $ (3,600.88) |
| 05/28/2021 | 145836 | Michele Stein - Reimbursed Expenses | April fees | $ (6,495.00) |
| 05/28/2021 | 145837 | GP Consulting | April fees | $ (4,620.00) |
| 05/31/2021 | 145834 | VICKI DONKIN - IE | IE4524  SEQ Roy Rogers & Civic Drive, Victorville, CA 92392 | $ (36,750.00) |
| 05/31/2021 | 145861 | JEFFREY SIMONDS - NB | NB4205*  5515 Moreno Street, Montclair, CA 91763 | $ (27,216.00) |
| 05/31/2021 | 145831 | STEVE WEISS - Z | Z7511  16056 Sherman Way, Van Nuys, CA 91406 | $ (23,760.00) |
| 05/31/2021 | Wire | ANDREW MCLEAN - IE FORMER USE THIS | IE4524  SEQ Roy Rogers & Civic Drive, Victorville, CA 92392 | $ (3,115.00) |
| 05/31/2021 | 145844 | MARC PIRON - IE | IE4402*  5515 Moreno Street, Montclair, CA 91763 | $ (3,024.00) |
| 05/31/2021 | 145835 | Bernard Labowitz - OB | IE4524  SEQ Roy Rogers & Civic Drive, Victorville, CA 92392 | $ (3,000.00) |
| 05/31/2021 | 145832 | ADAM COMORA - Z | Z6509A  15500 Erwin Street, Suite 1045, Van Nuys, CA 91411 | $ (916.69) |
| 06/02/2021 | 145842 | ADAM COMORA - Z | Z6529A  15500 Erwin Street, Suite 1117, Van Nuys, CA 91411 | $ (2,478.44) |
| 06/08/2021 | Bank Debit | EMPLOYERS PREFERED INS. CO. | Final audit adjustment | $ (475.00) |
| 06/10/2021 | 145840 | CHRIS JACKSON | Z6924/Z7496/Z6924/Z7511/Z6509A/Z6529A | $ (7,230.41) |
| 06/10/2021 | 145841 | JOHN BOYER - IE | IE4395/IE4394/IE4423/IE4524 | $ (2,487.60) |
| 06/10/2021 | 145845 | BRIAN CHILDS - NB | NB4299/NB1262/NB4091/NB4205 | $ (2,295.18) |
| 06/10/2021 | 145846 | JOHN BOYER - IE | IE4402* | $ (172.80) |
| 06/10/2021 |  | Paychex | fees | $ (110.00) |
| 06/16/2021 | 145847 | STEVE WEISS - Z | Z6924  17864 Ventura Boulevard, Encino, CA 91316 | $ (45,520.68) |
| 06/16/2021 | 145848 | Epsteen & Associates - Marina Del Rey | Z6924  17864 Ventura Boulevard, Encino, CA 91316 | $ (11,499.00) |
| 06/16/2021 | 145849 | FRED ENCINAS - IE | IE4436  731 Grand Avenue, Covina, CA 97123 | $ (8,479.21) |
| 06/16/2021 | 145850 | DAWN LOWDER - IE | IE4436  731 Grand Avenue, Covina, CA 97123 | $ (3,633.95) |
| 06/16/2021 | 145851 | ROXANNE KLEIN - IE FORMER | IE4436  731 Grand Avenue, Covina, CA 97123 | $ (3,028.29) |
| 06/16/2021 | 145852 | PAUL FISHER - NB | NB1262  23311 La Palma Avenue, Yorba Linda, CA 92887 | $ (52.50) |
| 06/18/2021 | 145855 | GIANPAOLO STARITA - Z USE THIS | Z7102  11035 Sutter Avenue, Pacoima, CA 91331 | $ (7,629.96) |
| 06/18/2021 | 145854 | KENNETH WARD - Z | Z7102  11035 Sutter Avenue, Pacoima, CA 91331 | $ (7,629.96) |
| 06/21/2021 | 145860 | BRENT AVIS - Z ASSISTANT ZERO ADVANCE | Z7369  8201 Woodley Avenue, Van Nuys, CA 91406 | $ (10,000.00) |
| 06/22/2021 | 145858 | TRISTAN GREENLEAF - Z | Z7389  660 St. Andrews Way, Palmdale, CA 93551 | $ (21,139.80) |
| 06/24/2021 |  | U.S. Postal Service - IE/RS Permit | postage | $ (68.73) |
| 06/30/2021 |  | Wells Fargo | Service Charge | $ (321.83) |
|  |  |  |  | $ (319,430.43) |

## JUNE 2021 CASH RECEIPTS (NET OF TRANSFERS)

| Date | Num | Name | Memo | Amount |
|---|---|---|---|---:|
| 06/01/2021 |  |  | Purchase Agreement - June 2021 | $ 8,333.33 |
| 06/07/2021 |  |  | NB1262 (2008)  Payment - Balance due: $1,352.46 | $ 150.00 |
| 06/07/2021 |  |  | IE4436 (2020)  2nd Payment - Paid in Full | $ 24,226.31 |
| 06/07/2021 |  |  | Z6924 (2019)  4th Payment - Paid in Full | $ 68,399.85 |
| 06/09/2021 |  |  | Z7102 (2019)  2nd Payment - Balance due: $6,877.44 | $ 23,476.80 |
| 06/11/2021 |  |  | WL5159 (2020)  3rd Payment - Paid in Full | $ 48,864.48 |
| 06/16/2021 |  |  | DL0210*  Gregory Maradei - Paid to Advance | $ 2,753.75 |
| 06/17/2021 |  |  | Z7389 (2021)  2nd Payment - Balance due: $32,663.99 | $ 30,199.71 |
| 06/18/2021 |  |  | IE5024  Don Archer - Legal Fees | $ 498.46 |
| 06/18/2021 |  |  | 3% gross profit of Newco | $ 20,883.21 |
| 06/21/2021 |  |  | PA2779 (2021)  1st Payment - Balance due: $14,100.00 | $ 14,100.00 |
| 06/22/2021 |  |  | DL0213*  Gregory Maradei - Paid to Advance | $ 4,280.25 |
| 06/24/2021 |  |  | IE5079  Lidia Talavera - Paid to Advance from NewCo | $ 234.95 |
| 06/24/2021 |  |  | SC2195 (2020)  2nd Payment - Paid in Full | $ 3,311.31 |
| 06/24/2021 |  |  | SC2190 (2020)  2nd Payment - Paid in Full | $ 5,378.18 |
|  |  |  |  | $ 255,090.59 |

## JUNE 2021 BALANCE SHEET

**ASSETS**

| | | |
|---|---:|---:|
| Current Assets (FF&E) (FMV): | 0.00 | |
| Unrestricted Cash | 1,328,794.20 | |
| Restricted Cash | 0.00 | |
| Accounts Receivable [1] | 1,500,091.01 | |
| Accounts Receivable [2] | 225,000.01 | |
| Inventory | 0.00 | |
| Notes Receivable | 0.00 | |
| Leasehold Improvements | 0.00 | |
| Partnership | 0.00 | |
| Prepaid Expenses/Deposits | 0.00 | |
| Other (Causes of Action) | 3,750,000.00 | |
| Other (Signs) | 0.00 | |
| **Total Current Assets** | | **6,803,885.22** |
| | | |
| Property, Plant, and Equipment (FMV) | 0.00 | |
| Accumulated Depreciation/Depletion | 0.00 | |
| **Net Property, Plant, and Equipment** | | **0.00** |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) - FURNITURE | 0.00 | |
| **Total Other Assets** | | **0.00** |
| | | |
| **TOTAL ASSETS** | | **6,803,885.22** |

**LIABILITIES**

| | | |
|---|---:|---:|
| Post-petition Liabilities: | | |
| Accounts Payable (including commissions due) | 246,737.84 | |
| Taxes Payable | 0.00 | |
| Notes Payable | 0.00 | |
| Commission Due Brent Avis | 249,021.00 | |
| Professional fees (20% holdback) | 0.00 | |
| Secured Debt | 0.00 | |
| Other (Itemize) | 0.00 | |
| **Total Post-petition Liabilities** | | **495,758.84** |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 0.00 | |
| Priority Liabilities | 0.00 | |
| Unsecured Liabilities | 7,292,282.32 | |
| Other (Itemize) | 0.00 | |
| **Total Pre-petition Liabilities** | | **7,292,282.32** |
| | | |
| **TOTAL LIABILITIES** | | **7,788,041.16** |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (682,178.75) | |
| Post-petition Profit/(Loss) | (301,977.19) | |
| Direct Charges to Equity | 0.00 | |
| **TOTAL EQUITY** | | **(984,155.94)** |
| | | |
| **TOTAL LIABILITIES & EQUITY** | | **6,803,885.22** |

## JUNE 2021 PROFIT AND LOSS STATEMENT

|  | Jun-21 | Cumulative |
|---|---:|---:|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 218,106.64 | 25,746,214.08 |
| Less: Returns/Discounts | - | 0.00 |
| Net Sales/Revenue | 218,106.64 | 25,746,214.08 |
|  |  | 0.00 |
| **Cost of Goods Sold:** |  | 0.00 |
| Purchases - COMMISSIONS PAID | 163,932.07 | 18,050,384.85 |
| Purchases - OVERRIDES | 12,185.99 | 752,390.01 |
| Cost of Goods Sold (COGS) | 176,118.06 | 18,640,663.00 |
| Gross Profit | 41,988.58 | 7,105,551.08 |
|  |  | 0.00 |
| Other Non Operating Income (3% payrment from Newco) | 20,883.21 | 143,229.24 |
| Other Non Operating Income ($8333.33 montly payrment from Newco) | 8,333.33 | 24,999.99 |
| Total Non Operating Income | 29,216.54 | 115,125.17 |
|  |  | 0.00 |
| **Operating Expenses:** |  | 0.00 |
| Payroll - Insiders (post-closing administration) (March and April) | - | 716,051.97 |
| Payroll - Other Employees | - | 1,384,732.42 |
| Payroll Taxes & Fees | - | 256,834.05 |
| Other Taxes (Franchise Tax Board) | - | 35,813.42 |
| Depreciation and Amortization |  | 0.00 |
| Rent Expense - Real Property |  | 1,143,096.17 |
| Lease Expense - Personal Property |  | 869.63 |
| Insurance | 475.00 | 330,443.32 |
| Real Property Taxes |  | 1,106.14 |
| Telephone and Utilities |  | 100,171.52 |
| Repairs and Maintenance (pre-closing) |  | 27,095.43 |
| Travel and Entertainment (Itemize) |  | 3,250.36 |
| Miscellaneous Operating Expenses (Itemize) |  | 0.00 |
| AIR Dues |  | 18,705.00 |
| Bank Charges | 431.83 | 19,031.55 |
| Computer |  | 122,103.72 |
| CoStar |  | 214,266.70 |
| Copies |  | 21,734.45 |
| Courier |  | 2,509.46 |
| Credit Reports |  | (174.00) |
| Dues & Subscriptions |  | 27,596.60 |
| Employee Benefits |  | 34,417.68 |
| Equipment Lease (closing balance) |  | 12,503.35 |
| Licenses/Permits |  | 27,764.40 |
| LoopNet |  | 171,762.39 |
| Marketing |  | 25,982.60 |
| Misc. Expense |  | 3,962.81 |
| NAI Network Dues |  | 172,094.34 |
| Occupancy/CAM |  | 130,593.77 |
| Oxnard |  | 14,166.62 |
| Parking |  | 25,394.68 |
| Postage (for Oldco deal mailings) | 68.73 | 37,471.46 |
| Printing |  | 8,481.05 |
| Professional Fees - Accounting |  | 4,152.70 |
| Professional Fees - Legal (reimbursement from broker of incurred fees) | (498.46) | 564,997.16 |
| Professional Fees - Consulting (Brent Avis pmt) | 10,000.00 | 354,759.60 |
| Profitability (per court) |  | 312,375.43 |
| Signs |  | 58,933.24 |
| Storage - final invoice and document destruction | - | 7,070.36 |
| Subscriptions |  | 34,309.09 |
| Office Supplies |  | 24,494.19 |
| Travel |  | 16,578.54 |
| Total Operating Expenses | 10,477.10 | 6,520,607.43 |
|  |  | 0.00 |
| Net Gain/(Loss) from Operations | 60,728.02 | 753,172.88 |
|  |  | 0.00 |
| **Non-Operating Expenses:** |  | 0.00 |
| Interest Expense | - | 0.00 |
| Legal and Professional (Itemize) | - | 0.00 |
| LNBYB (bankruptcy counsel) (approx.) | - | 638,893.76 |
| Miller Law Partners (approx.) | - | 4,000.00 |
| Kenney & Zampiello, APC (gen'l corp and litigation counsel) (approx.) | - | 103,557.08 |
| US Trustee Fees | - | 248,510.38 |
| Leitner/Zander CPA (approx.) | - | 1,000.00 |
| SHEMANOLAW (Committee counsel)(approx) | - | 60,688.85 |
| Total Non-Operating Expenses | 0.00 | 1,055,150.07 |
|  |  | 0.00 |
| **NET INCOME/(LOSS)** | 60,728.02 | (301,977.19) |

6:49 PM
07/19/21

# NAI Capital, Inc.
## Reconciliation Summary
### Wells Fargo Bank, Period Ending 06/30/2021

|  | Jun 30, 21 |
|---|---:|
| **Beginning Balance** | 1,328,794.20 |
|   Cleared Transactions |  |
|     Checks and Payments - 41 items | -424,453.85 |
|     Deposits and Credits - 24 items | 360,114.01 |
|   Total Cleared Transactions | -64,339.84 |
| **Cleared Balance** | 1,264,454.36 |
|   Uncleared Transactions |  |
|     Checks and Payments - 17 items | -161,161.12 |
|   Total Uncleared Transactions | -161,161.12 |
| **Register Balance as of 06/30/2021** | 1,103,293.24 |
|   New Transactions |  |
|     Checks and Payments - 31 items | -328,843.31 |
|     Deposits and Credits - 13 items | 384,403.99 |
|   Total New Transactions | 55,560.68 |
| **Ending Balance** | 1,158,853.92 |

## NAI Capital, Inc.
## Reconciliation Detail
### Wells Fargo Bank, Period Ending 06/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,328,794.20 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 41 items** | | | | | | |
| Check | 04/07/2021 | 145759 | TRISTAN GREENL... | X | -9,964.08 | -9,964.08 |
| Check | 04/07/2021 | 145760 | TRISTAN GREENL... | X | -6,025.28 | -15,989.36 |
| Check | 04/21/2021 | 145777 | TRISTAN GREENL... | X | -3,164.68 | -19,154.04 |
| Check | 04/28/2021 | 145788 | VIVIAN WANG - IE ... | X | -5,158.01 | -24,312.05 |
| Check | 04/28/2021 | 145843 | VIVIAN WANG - IE ... | X | -859.67 | -25,171.72 |
| Check | 05/18/2021 | 145824 | Epsteen & Associat... | X | -36,008.80 | -61,180.52 |
| Check | 05/18/2021 | 145826 | Epsteen & Associat... | X | -11,499.00 | -72,679.52 |
| Check | 05/18/2021 | 145823 | Brookhill Corp - Out... | X | -3,600.88 | -76,280.40 |
| Bill Pmt -Check | 05/28/2021 | 145836 | Michele Stein - Rei... | X | -6,495.00 | -82,775.40 |
| Bill Pmt -Check | 05/28/2021 | 145837 | GP Consulting | X | -4,620.00 | -87,395.40 |
| Check | 05/31/2021 | 145834 | VICKI DONKIN - IE | X | -36,750.00 | -124,145.40 |
| Check | 05/31/2021 | 145861 | JEFFREY SIMOND... | X | -27,216.00 | -151,361.40 |
| Check | 05/31/2021 | 145831 | STEVE WEISS - Z | X | -23,760.00 | -175,121.40 |
| Check | 05/31/2021 | Wire | ANDREW MCLEAN ... | X | -3,115.00 | -178,236.40 |
| Check | 05/31/2021 | 145844 | MARC PIRON - IE | X | -3,024.00 | -181,260.40 |
| Check | 05/31/2021 | 145835 | Bernard Labowitz - OB | X | -3,000.00 | -184,260.40 |
| Check | 05/31/2021 | 145832 | ADAM COMORA - Z | X | -916.69 | -185,177.09 |
| Check | 06/02/2021 | 145838 | | X | -6,643.56 | -191,820.65 |
| Check | 06/02/2021 | 145842 | ADAM COMORA - Z | X | -2,478.44 | -194,299.09 |
| Bill Pmt -Check | 06/08/2021 | Bank ... | EMPLOYERS PREF... | X | -475.00 | -194,774.09 |
| Bill Pmt -Check | 06/10/2021 | 145840 | CHRIS JACKSON | X | -7,230.41 | -202,004.50 |
| Bill Pmt -Check | 06/10/2021 | 145841 | JOHN BOYER - IE | X | -2,487.60 | -204,492.10 |
| Bill Pmt -Check | 06/10/2021 | 145845 | BRIAN CHILDS - NB | X | -2,295.18 | -206,787.28 |
| Bill Pmt -Check | 06/10/2021 | 145846 | JOHN BOYER - IE | X | -172.80 | -206,960.08 |
| Check | 06/10/2021 | | Paychex | X | -110.00 | -207,070.08 |
| Check | 06/14/2021 | | | X | -30,199.71 | -237,269.79 |
| Check | 06/16/2021 | 145847 | STEVE WEISS - Z | X | -45,520.68 | -282,790.47 |
| Check | 06/16/2021 | 145848 | Epsteen & Associat... | X | -11,499.00 | -294,289.47 |
| Check | 06/16/2021 | 145849 | FRED ENCINAS - IE | X | -8,479.21 | -302,768.68 |
| Check | 06/16/2021 | 145850 | DAWN LOWDER - IE | X | -3,633.95 | -306,402.63 |
| Check | 06/16/2021 | 145851 | ROXANNE KLEIN - ... | X | -3,028.29 | -309,430.92 |
| Check | 06/16/2021 | 145852 | PAUL FISHER - NB | X | -52.50 | -309,483.42 |
| Check | 06/18/2021 | 145854 | KENNETH WARD - Z | X | -7,629.96 | -317,113.38 |
| Check | 06/18/2021 | 145855 | GIANPAOLO STARI... | X | -7,629.96 | -324,743.34 |
| Bill Pmt -Check | 06/21/2021 | 145860 | BRENT AVIS - Z AS... | X | -10,000.00 | -334,743.34 |
| Check | 06/22/2021 | 145858 | TRISTAN GREENL... | X | -21,139.80 | -355,883.14 |
| Check | 06/23/2021 | 145864 | | X | -44,337.95 | -400,221.09 |
| Check | 06/23/2021 | 145863 | | X | -12,250.96 | -412,472.05 |
| Check | 06/23/2021 | 145862 | | X | -11,591.24 | -424,063.29 |
| Check | 06/24/2021 | | U.S. Postal Service ... | X | -68.73 | -424,132.02 |
| Check | 06/30/2021 | | | X | -321.83 | -424,453.85 |
| **Total Checks and Payments** | | | | | -424,453.85 | -424,453.85 |
| **Deposits and Credits - 24 items** | | | | | | |
| Deposit | 06/01/2021 | | | X | 8,333.33 | 8,333.33 |
| Deposit | 06/02/2021 | | | X | 6,643.56 | 14,976.89 |
| Deposit | 06/07/2021 | | | X | 150.00 | 15,126.89 |
| Deposit | 06/07/2021 | | | X | 24,226.31 | 39,353.20 |
| Deposit | 06/07/2021 | | | X | 68,399.85 | 107,753.05 |
| Deposit | 06/09/2021 | | | X | 23,476.80 | 131,229.85 |
| Bill Pmt -Check | 06/10/2021 | 145839 | BRIAN CHILDS - NB | X | 0.00 | 131,229.85 |
| Deposit | 06/11/2021 | | | X | 30,199.71 | 161,429.56 |
| Deposit | 06/11/2021 | | | X | 48,864.48 | 210,294.04 |
| General Journal | 06/14/2021 | Z7389 | | X | 0.00 | 210,294.04 |
| Deposit | 06/16/2021 | | | X | 2,753.75 | 213,047.79 |
| Deposit | 06/17/2021 | | | X | 30,199.71 | 243,247.50 |
| Deposit | 06/18/2021 | | | X | 498.46 | 243,745.96 |
| Deposit | 06/18/2021 | | | X | 20,883.21 | 264,629.17 |
| Deposit | 06/21/2021 | | | X | 14,100.00 | 278,729.17 |
| Check | 06/22/2021 | 145856 | MARTY SHELTON -... | X | 0.00 | 278,729.17 |
| Check | 06/22/2021 | 145857 | Jones Lang LaSalle ... | X | 0.00 | 278,729.17 |
| Deposit | 06/22/2021 | | | X | 4,280.25 | 283,009.42 |
| Deposit | 06/23/2021 | | | X | 11,591.24 | 294,600.66 |
| Deposit | 06/23/2021 | | | X | 12,250.96 | 306,851.62 |
| Deposit | 06/23/2021 | | | X | 44,337.95 | 351,189.57 |
| Deposit | 06/24/2021 | | | X | 234.95 | 351,424.52 |
| Deposit | 06/24/2021 | | | X | 3,311.31 | 354,735.83 |
| Deposit | 06/24/2021 | | | X | 5,378.18 | 360,114.01 |
| **Total Deposits and Credits** | | | | | 360,114.01 | 360,114.01 |
| **Total Cleared Transactions** | | | | | -64,339.84 | -64,339.84 |
| **Cleared Balance** | | | | | -64,339.84 | 1,264,454.36 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 17 items** | | | | | | |
| Check | 03/24/2020 | 143421 | Hiit Fit Holdings, LL... | | -975.52 | -975.52 |
| Check | 03/31/2020 | 143529 | DAVID MOORE - IE... | | -173.25 | -1,148.77 |
| Check | 04/01/2020 | 143505 | Edwina Roberts | | -1,499.67 | -2,648.44 |
| Check | 06/30/2020 | 144186 | CHAD GAHR - Z | | -2,731.88 | -5,380.32 |
| Check | 06/30/2020 | 144208 | DAVID JOHNSON - ... | | -48.49 | -5,428.81 |
| Bill Pmt -Check | 11/23/2020 | 143915 | Levene, Neale, Ben... | | -100,893.45 | -106,322.26 |
| Check | 11/30/2020 | | NAI Earle Furman, L... | | -1,404.00 | -107,726.26 |
| Bill Pmt -Check | 02/19/2021 | 145691 | MEHDI MOSTAEDI ... | | -450.00 | -108,176.26 |
| Bill Pmt -Check | 05/21/2021 | Bank ... | Quadient (MailFinan... | | -144.58 | -108,320.84 |
| Check | 06/16/2021 | 145853 | Lee & Associates - ... | | -75.00 | -108,395.84 |
| Check | 06/22/2021 | 145859 | Jones Lang LaSalle ... | | -24,432.24 | -132,828.08 |
| Check | 06/22/2021 | 145873 | MARTY SHELTON -... | | -14,659.34 | -147,487.42 |
| Check | 06/30/2021 | 145865 | BOB HARRISON - PA | | -8,460.00 | -155,947.42 |
| Check | 06/30/2021 | 145869 | JOHN CSERKUTI - ... | | -1,882.36 | -157,829.78 |
| Check | 06/30/2021 | 145868 | THOMAS OLIVER - ... | | -1,344.55 | -159,174.33 |
| Check | 06/30/2021 | 145866 | JOHN CSERKUTI - ... | | -1,158.96 | -160,333.29 |
| Check | 06/30/2021 | 145867 | THOMAS OLIVER - ... | | -827.83 | -161,161.12 |
| **Total Checks and Payments** | | | | | -161,161.12 | -161,161.12 |
| **Total Uncleared Transactions** | | | | | -161,161.12 | -161,161.12 |
| **Register Balance as of 06/30/2021** | | | | | -225,500.96 | 1,103,293.24 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 31 items** | | | | | | |
| Bill Pmt -Check | 07/12/2021 | 145882 | BRENT AVIS - Z AS... | | -20,000.00 | -20,000.00 |
| Bill Pmt -Check | 07/12/2021 | 145881 | CHRIS JACKSON | | -4,423.09 | -24,423.09 |
| Bill Pmt -Check | 07/12/2021 | 145879 | RICK GOLD - WL | | -977.29 | -25,400.38 |
| Bill Pmt -Check | 07/12/2021 | 145877 | JOHN BOYER - IE | | -969.05 | -26,369.43 |
| Bill Pmt -Check | 07/12/2021 | 145878 | JOSEPH FAULKNE... | | -564.00 | -26,933.43 |
| Bill Pmt -Check | 07/12/2021 | 145880 | CHRIS JACKSON | | -347.58 | -27,281.01 |
| Bill Pmt -Check | 07/12/2021 | 145876 | BRIAN CHILDS - NB | | -3.00 | -27,284.01 |
| Check | 07/13/2021 | 145872 | Kennedy-Wilson Pro... | | -12,757.50 | -40,041.51 |
| Bill Pmt -Check | 07/13/2021 | 145889 | Lee & Associates - ... | | -8,650.40 | -48,691.91 |
| Check | 07/13/2021 | 145870 | JOHN CSERKUTI - ... | | -6,251.17 | -54,943.08 |

6:49 PM
07/19/21

**NAI Capital, Inc.**
**Reconciliation Detail**
Wells Fargo Bank, Period Ending 06/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 07/13/2021 | 145871 | THOMAS OLIVER - ... | | -1,913.63 | -56,856.71 |
| Check | 07/14/2021 | 145875 | Lee & Associates - ... | | -75.00 | -56,931.71 |
| Check | 07/14/2021 | 145874 | PAUL FISHER - NB | | -52.50 | -56,984.21 |
| Check | 07/15/2021 | 145883 | JOSEPH FAULKNE... | | -59,952.37 | -116,936.58 |
| Check | 07/15/2021 | 145885 | NAI Robert Lynn - O... | | -47,581.26 | -164,517.84 |
| Check | 07/15/2021 | 145887 | STEVE WEISS - Z | | -21,060.00 | -185,577.84 |
| Check | 07/15/2021 | 145884 | NAI Global - Deal % | | -15,860.42 | -201,438.26 |
| Check | 07/15/2021 | 145886 | PHILIP ATTALLA - SB | | -6,661.37 | -208,099.63 |
| Check | 07/15/2021 | 145888 | JESSE PASTER - Z | | -1,901.25 | -210,000.88 |
| Check | 07/16/2021 | 145891 | Lee & Associates - ... | | -601.23 | -210,602.11 |
| Check | 07/16/2021 | 145890 | PAUL FISHER - NB | | -420.86 | -211,022.97 |
| Check | 07/19/2021 | 145893 | LYNN COKER - PD | | -72,540.00 | -283,562.97 |
| Check | 07/19/2021 | 145894 | Donald J Alder-LaR... | | -27,900.00 | -311,462.97 |
| Check | 07/19/2021 | 145892 | RANDY MATUSOF... | | -350.00 | -311,812.97 |
| Check | 07/21/2021 | 145896 | Lee & Associates - ... | | -8,650.40 | -320,463.37 |
| Check | 07/21/2021 | 145895 | STEVE WEISS - Z | | -3,460.16 | -323,923.53 |
| Check | 07/21/2021 | 145897 | FRED ENCINAS - IE | | -3,027.64 | -326,951.17 |
| Check | 07/21/2021 | 145898 | DON ARCHER - IE *... | | -705.63 | -327,656.80 |
| Check | 07/21/2021 | 145899 | JOHN BOYER - IE | | -470.42 | -328,127.22 |
| Check | 07/21/2021 | 145901 | CHRIS RUNYEN - DL | | -380.08 | -328,507.30 |
| Check | 07/21/2021 | 145900 | ANGEL GAMEZ - IE | | -336.01 | -328,843.31 |
| | **Total Checks and Payments** | | | | -328,843.31 | -328,843.31 |
| | **Deposits and Credits - 13 items** | | | | | |
| Deposit | 07/01/2021 | | | | 376.80 | 376.80 |
| Deposit | 07/01/2021 | | | | 8,333.33 | 8,710.13 |
| Deposit | 07/01/2021 | | | | 25,515.00 | 34,225.13 |
| Deposit | 07/02/2021 | | | | 150.00 | 34,375.13 |
| Deposit | 07/06/2021 | | | | 29,250.00 | 63,625.13 |
| Deposit | 07/06/2021 | | | | 158,604.18 | 222,229.31 |
| Deposit | 07/07/2021 | | | | 1,202.46 | 223,431.77 |
| Deposit | 07/08/2021 | | | | 500.00 | 223,931.77 |
| Deposit | 07/08/2021 | | | | 139,500.00 | 363,431.77 |
| Deposit | 07/12/2021 | | | | 542.97 | 363,974.74 |
| Deposit | 07/12/2021 | | | | 2,688.11 | 366,662.85 |
| Deposit | 07/12/2021 | | | | 17,300.80 | 383,963.65 |
| Deposit | 07/15/2021 | | | | 440.34 | 384,403.99 |
| | **Total Deposits and Credits** | | | | 384,403.99 | 384,403.99 |
| | **Total New Transactions** | | | | 55,560.68 | 55,560.68 |
| **Ending Balance** | | | | | **-169,940.28** | **1,158,853.92** |

Page 2

# WellsOne® Account

Account number: ███████4109  ■  June 1, 2021 - June 30, 2021  ■  Page 1 of 3



NAI CAPITAL, INC.
DEBTOR IN POSSESSION
CH11 CASE #20-10256 (CCA)
OPERATING ACCOUNT
15821 VENTURA BLVD STE 320
ENCINO CA 91436-2928

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███████4109 | $1,328,794.20 | $360,114.01 | -$424,453.85 | $1,264,454.36 |

## Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
|  | 06/11 | 48,864.48 | Deposit |
|  |  | **$48,864.48** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
|  | 06/01 | 8,333.33 | Desktop Check Deposit |
|  | 06/02 | 6,643.56 | Irvine Managemen EDI Pymnts 2000691313 Rmr*IV*Nb5138**6643.56*6643.56*0\ |
|  | 06/07 | 68,399.85 | Desktop Check Deposit |
|  | 06/07 | 24,226.31 | Desktop Check Deposit |
|  | 06/07 | 150.00 | Desktop Check Deposit |
|  | 06/09 | 23,476.80 | Desktop Check Deposit |
|  | 06/11 | 30,199.71 | Desktop Check Deposit |
|  | 06/16 | 2,753.75 | Desktop Check Deposit |
|  | 06/17 | 30,199.71 | Desktop Check Deposit |
|  | 06/18 | 21,381.67 | Desktop Check Deposit |
|  | 06/21 | 14,100.00 | Desktop Check Deposit |
|  | 06/22 | 4,280.25 | Desktop Check Deposit |
|  | 06/23 | 44,337.95 | Irvine Managemen EDI Pymnts 2000699298 Rmr*IV*Nb5146**44337.95*44337.95*0\   *Newco trfr* |
|  | 06/23 | 12,250.96 | Irvine Managemen EDI Pymnts 2000699296 Rmr*IV*Nb5147**12250.96*12250.96*0\   *Newco trfr* |

Account number: 4109 ■ June 1, 2021 - June 30, 2021 ■ Page 2 of 3



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/23 | 11,591.24 | Irvine Managemen EDI Pymnts 2000699297 - Newco ✓ for Rmr*IV*Nb5148**11591.24*11591.24*0\ |
| | 06/24 | 8,924.44 | Desktop Check Deposit |
| | | $311,249.53 | Total electronic deposits/bank credits |
| | | $360,114.01 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/03 | 3,115.00 | WT Fed#01069 San Diego County C /Ftr/Bnf=Thomas Srf# IE4524 Trn#210602156802 Rfb# 56 |
| | 06/09 | 475.00 | Business to Business ACH Debit - Employers Prefer 8886826671 B21159 2N5Kzzg3Nmxh8Kq Policyholder Michele S |
| | 06/10 | 110.00 | Business to Business ACH Debit - Paychex Eib Invoice 210610 x92697200000220 Nai Capital Inc |
| | 06/11 | 321.83 | Client Analysis Srvc Chrg 210610 Svc Chge 0521 000004423014109 |
| | 06/14 | ~~30,199.71~~ | Deposited Item Retn Unpaid - Paper 210614 ← red dep. |
| | 06/24 | 68.73 | Business to Business ACH Debit - USPS1000003224 2051264433 B21174 2N8Cw2Fk914Hb0H Nai Capital Inc Cabral |
| | | $34,290.27 | Total electronic debits/bank debits |

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 145759 | 9,964.08 | 06/04 | 145837 | 4,620.00 | 06/03 | 145850 | 3,633.95 | 06/25 |
| 145760 | 6,025.28 | 06/04 | 145838 - Newco | 6,643.56 | 06/03 | 145851 | 3,028.29 | 06/23 |
| 145777 * | 3,164.68 | 06/04 | 145840 * | 7,230.41 | 06/08 | 145852 | 52.50 | 06/24 |
| 145788 * | 5,158.01 | 06/15 | 145841 | 2,487.60 | 06/14 | 145854 * | 7,629.96 | 06/24 |
| 145823 * | 3,600.88 | 06/09 | 145842 | 2,478.44 | 06/15 | 145855 | 7,629.96 | 06/23 |
| 145824 | 36,008.80 | 06/07 | 145843 | 859.67 | 06/15 | 145858 * | 21,139.80 | 06/29 |
| 145826 * | 11,499.00 | 06/07 | 145844 | 3,024.00 | 06/15 | 145860 * | 10,000.00 | 06/22 |
| 145831 * | 23,760.00 | 06/02 | 145845 | 2,295.18 | 06/15 | 145861 | 27,216.00 | 06/30 |
| 145832 | 916.69 | 06/15 | 145846 | 172.80 | 06/14 | 145862 | 11,591.24 | 06/24 Newco |
| 145834 * | 36,750.00 | 06/04 | 145847 | 45,520.68 | 06/17 | 145863 | 12,250.96 | 06/24 Newco |
| 145835 | 3,000.00 | 06/16 | 145848 | 11,499.00 | 06/29 | 145864 | 44,337.95 | 06/24 Newco |
| 145836 | 6,495.00 | 06/01 | 145849 | 8,479.21 | 06/22 | | | |
| | $390,163.58 | | | Total checks paid | | | | |

* Gap in check sequence.

| | $424,453.85 | Total debits |
|---|---|---|

Account number: ▇▇▇▇4109 ■ June 1, 2021 - June 30, 2021 ■ Page 3 of 3



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/31 | 1,328,794.20 | 06/10 | 1,300,562.36 | 06/21 | 1,351,627.07 |
| 06/01 | 1,330,632.53 | 06/11 | 1,379,304.72 | 06/22 | 1,337,428.11 |
| 06/02 | 1,313,516.09 | 06/14 | 1,346,444.61 | 06/23 | 1,394,950.01 |
| 06/03 | 1,299,137.53 | 06/15 | 1,331,712.62 | 06/24 | 1,327,943.11 |
| 06/04 | 1,243,233.49 | 06/16 | 1,331,466.37 | 06/25 | 1,324,309.16 |
| 06/07 | 1,288,501.85 | 06/17 | 1,316,145.40 | 06/29 | 1,291,670.36 |
| 06/08 | 1,281,271.44 | 06/18 | 1,337,527.07 | 06/30 | 1,264,454.36 |
| 06/09 | 1,300,672.36 | | | | |

**Average daily ledger balance**    $1,319,518.95

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0151806
Sheet 00003 of 00003

# WellsOne® Account

Account number: ▮▮▮▮65 ■ June 1, 2021 - June 30, 2021 ■ Page 1 of 1



NAI CAPITAL, INC.
DEBTOR IN POSSESSION
CH11 CASE #20-10256 (CCA)
TRUST ACCOUNT
15821 VENTURA BLVD STE 320
ENCINO CA 91436-2928

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▮▮▮8665 | $0.00 | $0.00 | $0.00 | $0.00 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 05/31 | 0.00 |

**Average daily ledger balance**   $0.00